UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
LUIS AYALA AND MANUEL MERCADO,
indiviudally and on behalf of all employees
similarly situated,

                      Plaintiffs,

- against -

FIFTH AVENUE COMMITTEE, INC.,
SOUTH BROOKLYN MUTUAL L.P. and
JOHN DOES

                      Defendants.
----------------------------------------------------X

**MEMORANDUM & ORDER**

08 CV 3349 (CLP)

The Court hereby APPROVES the revised "Notice of Pendency of Class Action Settlement" filed by the defendants on April 19, 2010, along with the Settlement and Release Agreement filed on April 1, 2010. The revised Notice filed on April 19, 2010 includes the exact amount due to each plaintiff on page four, as requested by this Court in the telephone conference on April 8, 2010. Plaintiffs' counsel is directed to distribute the revised Notice and Consent Form to the putative class members. The Final Fairness Hearing has been scheduled for July 7, 2010 at 12:00 p.m. in Courtroom 13B South, 225 Cadman Plaza East, Brooklyn, NY.

**SO ORDERED.**

Dated: Brooklyn, New York
       April 26, 2010

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York